110533

Order issued December *18*, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01316-CV

### TAMMI HAWTHORNE, Appellant

V.

### PREMIER COMMUNITIES MANAGEMENT COMPANY, INC., ET AL., Appellees

## ORDER

We **GRANT** appellant's December 12, 2012 unopposed motion for consolidation of appeals. We **ORDER** the appeal docketed as appellate cause number 05-12-01484-CV **CONSOLIDATED** into the appeal docketed as appellate cause number 05-12-01316-CV. We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-12-01484-CV to appellate cause number 05-12-01316-CV. Henceforth, all documents shall bear appellate cause number 05-12-01316-CV.

DOUGLAS S. LANG
JUSTICE